UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ELIZABETH D. DOSKEY,

Plaintiff,

v.

TRANS UNION CORPORATION; CSC CREDIT SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and FIRST USA BANK,

Defendants.

COURT FILE NO.: 00-969 JMR/FLN

STIPULATION AND ORDER FOR EXTENSSION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Elizabeth D. Doskey ("Plaintiff") and Defendant Trans Union Corporation ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until August 18, 2000 in the time available to respond to Plaintiff's Interrogatories, Requests for Production of Documents, Requests for Statements, and Requests for Admissions.

Dated: August 14, 2000

CONSUMER JUSTICE CENTER, P.A.

By: [signature]
Thomas J. Lyons, Jr., #249646
1560 Beam Avenue, Suite A
St. Paul, MN 55109
Telephone: 770-9707
Facsimile: 770-5830

ATTORNEYS FOR PLAINTIFF

FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: August 14, 2000

SHAPIRO PROFESSIONAL ASSOCIATION

By: Susan D. Holappa

Susan D. Holappa, #172744
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until August 18, 2000 in the time available to answer or otherwise respond to Plaintiff's Interrogatories, Requests for Production of Documents, Request for Statements, and Requests for Admissions.

Dated: Aug 24, 2000.

BY THE COURT:

Franklin L. Noel

The Honorable Franklin L. Noel
United States Magistrate Judge