**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Elizabeth D. Doskey,

Plaintiff,

v.

Trans Union Corporation; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and First USA Bank,

Defendants.

CASE NO. 00-969 JMR/FLN

**STIPULATION OF DISMISSAL OF DEFENDANT FIRST USA BANK WITH PREJUDICE**

---

In accordance with Fed. R. Civ. P. 41(a)(1)(ii), pursuant to the agreement of the undersigned, plaintiff Elizabeth D. Doskey hereby voluntarily dismisses, with prejudice, defendant FIRST USA BANK from the above-captioned action.

Dated: October 19th, 2000

CONSUMER JUSTICE CENTER, P.A.

By: [signature] for

Thomas J. Lyons, Jr. #249646
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

ATTORNEYS FOR PLAINTIFF
Elizabeth D. Doskey

Dated: October __, 2000

KELLY & BERENS, P.A.

By: [signature: Barbara Berens]

Barbara Berens, Esq. #209788
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT
FIRST USA BANK

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: October __, 2000

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By:______________________________
William A. Gengler, #210626
Gregory J. Myers, #0287398
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

JONES, DAY, REAVIS & POGUE
Scott Kirkner
Michelle M. Blum
Park Plaza, Suite 1100
Irvine, California 92614
(949) 851-3939

ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: October 23, 2000

SHAPIRO PROFESSIONAL ASSOCIATION

By:______________________________
Susan D. Holappa #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416

PIPER, MARBURY, RUDNICK & WOLFE
Daniel Halvorsen
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

Dated: October 23, 2000

FAEGRE & BENSON L.L.P.
By:______________________________
Charles F. Webber, #215247
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 339-6900

ATTORNEYS FOR DEFENDANT
CSC CREDIT SERVICES, INC

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union, shall be, and herewith is, dismissed with prejudice.

Dated: October 24, 2000

James M. Rosenbaum, Judge
United States District Court