UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elizabeth D. Doskey,

Plaintiff,

v.

Trans Union Corporation; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and First USA Bank,

Defendant.

CASE NO. 00-969 JMR/FLN

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE**, without attorneys' fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 21st, 2001

Honorable James M. Rosenbaum
United States District Court Judge

RICHARD D. SLETTEN, CLERK AUG 22 2001
JUDGMENT ENTERED AUG 22 2001
DEPUTY CLERK'S INITIALS ______

293309- 1

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500